DANIEL M. KATZNER
LAW OFFICES OF DANIEL M. KATZNER
1025 LONGWOOD AVENUE
BRONX, NY  10459

Re:   TONI GRECO
      549 ST. PAULS AVENUE
      CLIFFSIDE PARK,  NJ  07010

Atty:   DANIEL M. KATZNER
        LAW OFFICES OF DANIEL M. KATZNER
        1025 LONGWOOD AVENUE
        BRONX, NY  10459

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
### Chapter 13 Case # 24-12196

## RECEIPTS AS OF 01/15/2026   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/01/2024 | $1,000.00 | | 05/01/2024 | $1,000.00 | |
| 06/04/2024 | $1,000.00 | | 07/01/2024 | $1,000.00 | |
| 08/05/2024 | $1,015.00 | | 09/16/2024 | $1,005.00 | |
| 10/11/2024 | $1,005.00 | | 11/08/2024 | $1,005.00 | |
| 12/20/2024 | $1,005.00 | | 01/24/2025 | $1,005.00 | |
| 02/28/2025 | $1,005.00 | | 03/21/2025 | $1,005.00 | |
| 04/28/2025 | $1,005.00 | | 06/06/2025 | $1,005.00 | |
| 07/08/2025 | $1,005.00 | | 08/15/2025 | $1,005.00 | |
| 09/26/2025 | $1,010.00 | | 10/10/2025 | $2,030.00 | |
| 12/01/2025 | $1,010.00 | | 12/05/2025 | $1,020.00 | |
| 01/05/2026 | $1,010.00 | | | | |

**Total Receipts:  $22,150.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $22,150.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE NA | | | | | | | |
| | 01/13/2025 | $176.08 | 938,912 | | 02/10/2025 | $46.14 | 940,291 |
| | 03/17/2025 | $46.14 | 941,647 | | 04/14/2025 | $46.15 | 943,108 |
| | 05/12/2025 | $46.13 | 944,532 | | 06/16/2025 | $46.64 | 945,930 |
| | 07/14/2025 | $46.62 | 947,374 | | 08/18/2025 | $46.65 | 948,786 |
| | 10/20/2025 | $140.06 | 951,497 | | 12/15/2025 | $93.19 | 954,368 |
| | 01/12/2026 | $7.50 | 955,799 | | | | |
| CITIBANK NA | | | | | | | |
| | 01/13/2025 | $19.58 | 938,722 | | 02/10/2025 | $5.12 | 940,111 |
| | 03/17/2025 | $5.13 | 941,461 | | 04/14/2025 | $5.13 | 942,932 |
| | 05/12/2025 | $5.12 | 944,358 | | 06/16/2025 | $5.19 | 945,757 |
| | 07/14/2025 | $5.18 | 947,217 | | 08/18/2025 | $5.18 | 948,651 |
| | 10/20/2025 | $15.57 | 951,340 | | 12/15/2025 | $10.36 | 954,220 |
| | 01/15/2026 | ($10.36) | 954,220 | | 01/15/2026 | $10.36 | 956,952 |

**Chapter 13 Case # 24-12196**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 01/13/2025 | $391.96 | 939,202 | | 02/10/2025 | $102.72 | 940,556 |
| | 03/17/2025 | $102.72 | 941,950 | | 04/14/2025 | $102.72 | 943,411 |
| | 05/12/2025 | $102.71 | 944,854 | | 06/16/2025 | $103.81 | 946,266 |
| | 07/14/2025 | $103.81 | 947,711 | | 08/18/2025 | $103.79 | 949,091 |
| | 10/20/2025 | $311.80 | 951,864 | | 12/15/2025 | $207.48 | 954,743 |
| | 01/12/2026 | $16.68 | 956,152 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 01/13/2025 | $315.18 | 8,004,415 | | 01/13/2025 | $26.72 | 8,004,415 |
| | 02/10/2025 | $82.59 | 8,004,459 | | 02/10/2025 | $7.00 | 8,004,459 |
| | 03/17/2025 | $82.60 | 8,004,502 | | 03/17/2025 | $7.00 | 8,004,502 |
| | 04/14/2025 | $82.59 | 8,004,546 | | 04/14/2025 | $7.00 | 8,004,546 |
| | 05/12/2025 | $7.00 | 8,004,585 | | 05/12/2025 | $82.59 | 8,004,585 |
| | 06/16/2025 | $83.47 | 8,004,622 | | 06/16/2025 | $7.08 | 8,004,622 |
| | 07/14/2025 | $83.47 | 8,004,666 | | 07/14/2025 | $7.07 | 8,004,666 |
| | 08/18/2025 | $7.07 | 8,004,708 | | 08/18/2025 | $83.48 | 8,004,708 |
| | 10/20/2025 | $250.71 | 8,004,783 | | 10/20/2025 | $21.26 | 8,004,783 |
| | 12/15/2025 | $166.82 | 8,004,865 | | 12/15/2025 | $14.14 | 8,004,865 |
| | 01/12/2026 | $13.41 | 8,004,906 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 01/13/2025 | $76.03 | 938,739 | | 02/10/2025 | $19.93 | 940,127 |
| | 03/17/2025 | $19.92 | 941,478 | | 04/14/2025 | $19.92 | 942,950 |
| | 05/12/2025 | $19.93 | 944,376 | | 06/16/2025 | $20.14 | 945,778 |
| | 07/14/2025 | $20.13 | 947,234 | | 08/18/2025 | $20.14 | 948,664 |
| | 10/20/2025 | $60.48 | 951,358 | | 12/15/2025 | $40.25 | 954,236 |
| LIBERTY SAVINGS FEDERAL CREDIT UNION | | | | | | | |
| | 01/13/2025 | $1,140.64 | 939,354 | | 02/10/2025 | $298.89 | 940,699 |
| | 03/17/2025 | $298.91 | 942,111 | | 04/14/2025 | $298.90 | 943,553 |
| | 05/12/2025 | $298.89 | 945,005 | | 06/16/2025 | $302.08 | 946,417 |
| | 07/14/2025 | $302.09 | 947,875 | | 08/18/2025 | $302.04 | 949,232 |
| | 10/20/2025 | $907.33 | 952,028 | | 12/15/2025 | $603.79 | 954,892 |
| | 01/12/2026 | $48.53 | 956,301 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 01/13/2025 | $110.09 | 939,362 | | 01/13/2025 | $642.36 | 939,362 |
| | 01/13/2025 | $83.27 | 939,362 | | 01/13/2025 | $30.45 | 939,362 |
| | 01/13/2025 | $19.27 | 939,362 | | 02/10/2025 | $168.32 | 940,710 |
| | 02/10/2025 | $21.84 | 940,710 | | 02/10/2025 | $7.97 | 940,710 |
| | 02/10/2025 | $5.06 | 940,710 | | 02/10/2025 | $28.86 | 940,710 |
| | 03/17/2025 | $28.84 | 942,122 | | 03/17/2025 | $168.33 | 942,122 |
| | 03/17/2025 | $21.82 | 942,122 | | 03/17/2025 | $7.99 | 942,122 |
| | 03/17/2025 | $5.05 | 942,122 | | 04/14/2025 | $28.85 | 943,563 |
| | 04/14/2025 | $168.33 | 943,563 | | 04/14/2025 | $21.82 | 943,563 |
| | 04/14/2025 | $7.97 | 943,563 | | 04/14/2025 | $5.05 | 943,563 |
| | 05/12/2025 | $28.86 | 945,015 | | 05/12/2025 | $168.32 | 945,015 |
| | 05/12/2025 | $21.83 | 945,015 | | 05/12/2025 | $7.98 | 945,015 |
| | 05/12/2025 | $5.06 | 945,015 | | 06/16/2025 | $29.15 | 946,428 |
| | 06/16/2025 | $170.13 | 946,428 | | 06/16/2025 | $22.04 | 946,428 |
| | 06/16/2025 | $8.07 | 946,428 | | 06/16/2025 | $5.10 | 946,428 |
| | 07/14/2025 | $170.11 | 947,886 | | 07/14/2025 | $22.07 | 947,886 |
| | 07/14/2025 | $8.06 | 947,886 | | 07/14/2025 | $5.10 | 947,886 |
| | 07/14/2025 | $29.16 | 947,886 | | 08/18/2025 | $170.13 | 949,241 |
| | 08/18/2025 | $22.05 | 949,241 | | 08/18/2025 | $8.06 | 949,241 |
| | 08/18/2025 | $5.11 | 949,241 | | 08/18/2025 | $29.15 | 949,241 |
| | 10/20/2025 | $87.59 | 952,038 | | 10/20/2025 | $510.97 | 952,038 |
| | 10/20/2025 | $66.24 | 952,038 | | 10/20/2025 | $24.22 | 952,038 |
| | 10/20/2025 | $15.33 | 952,038 | | 12/15/2025 | $340.00 | 954,902 |
| | 12/15/2025 | $44.08 | 954,902 | | 12/15/2025 | $58.26 | 954,902 |
| | 12/15/2025 | $16.12 | 954,902 | | 12/15/2025 | $10.21 | 954,902 |
| | 01/12/2026 | $27.33 | 956,310 | | | | |

**Chapter 13 Case # 24-12196**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MAZDA FINCIAL SERVICES | | | | | | | |
| | 04/15/2024 | $636.71 | 926,472 | | 05/10/2024 | $636.71 | 927,909 |
| | 06/17/2024 | $636.71 | 929,356 | | | | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | | |
| | 01/12/2026 | $796.00 | 956,387 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 01/13/2025 | $312.72 | 8,004,416 | | 01/13/2025 | $65.15 | 8,004,416 |
| | 02/10/2025 | $81.95 | 8,004,458 | | 02/10/2025 | $17.08 | 8,004,458 |
| | 03/17/2025 | $17.08 | 8,004,499 | | 03/17/2025 | $81.95 | 8,004,499 |
| | 04/14/2025 | $17.06 | 8,004,542 | | 04/14/2025 | $81.94 | 8,004,542 |
| | 05/12/2025 | $17.08 | 8,004,579 | | 05/12/2025 | $81.95 | 8,004,579 |
| | 06/16/2025 | $82.82 | 8,004,619 | | 06/16/2025 | $17.26 | 8,004,619 |
| | 07/14/2025 | $82.82 | 8,004,662 | | 07/14/2025 | $17.25 | 8,004,662 |
| | 08/18/2025 | $17.26 | 8,004,704 | | 08/18/2025 | $82.83 | 8,004,704 |
| | 10/20/2025 | $51.83 | 8,004,785 | | 10/20/2025 | $248.76 | 8,004,785 |
| | 12/15/2025 | $34.49 | 8,004,864 | | 12/15/2025 | $165.51 | 8,004,864 |
| | 01/12/2026 | $13.31 | 8,004,905 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 01/13/2025 | $17.14 | 8,004,422 | | 01/13/2025 | $8.55 | 8,004,422 |
| | 01/13/2025 | $8.41 | 8,004,422 | | 03/17/2025 | $8.97 | 8,004,504 |
| | 04/14/2025 | $6.73 | 8,004,547 | | 04/14/2025 | $6.62 | 8,004,547 |
| | 05/12/2025 | $8.98 | 8,004,587 | | 07/14/2025 | $9.07 | 8,004,669 |
| | 07/14/2025 | $6.78 | 8,004,669 | | 07/14/2025 | $6.66 | 8,004,669 |
| | 10/20/2025 | $18.17 | 8,004,790 | | 10/20/2025 | $9.08 | 8,004,790 |
| | 10/20/2025 | $8.92 | 8,004,790 | | 12/15/2025 | $9.06 | 8,004,870 |
| VILLAGE CAPITAL & INVESTMENT | | | | | | | |
| | 10/21/2024 | $820.49 | 935,685 | | | | |
| VILLAGE CAPITAL AND INVESTMENT | | | | | | | |
| | 08/19/2024 | $164.12 | 931,816 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 01/13/2025 | $161.46 | 939,931 | | 02/10/2025 | $42.31 | 941,271 |
| | 03/17/2025 | $42.30 | 942,745 | | 04/14/2025 | $42.32 | 944,152 |
| | 05/12/2025 | $42.30 | 945,604 | | 06/16/2025 | $42.76 | 947,043 |
| | 07/14/2025 | $42.76 | 948,483 | | 08/18/2025 | $42.75 | 949,776 |
| | 10/20/2025 | $128.44 | 952,646 | | 12/15/2025 | $85.45 | 955,482 |
| | 01/12/2026 | $6.88 | 956,876 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,318.55 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,600.00 | 100.00% | 2,600.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 878.49 | 100.00% | 271.54 | 606.95 |
| 0004 | LVNV FUNDING LLC | UNSECURED | 1,484.39 | 100.00% | 458.81 | 1,025.58 |
| 0005 | CAPITAL ONE NA | UNSECURED | 2,374.04 | 100.00% | 741.30 | 1,632.74 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,216.38 | 100.00% | 1,316.56 | 2,899.82 |
| 0007 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 8,660.80 | 100.00% | 2,704.33 | 5,956.47 |
| 0011 | LVNV FUNDING LLC | UNSECURED | 1,122.84 | 100.00% | 347.06 | 775.78 |
| 0012 | DISCOVER BANK | UNSECURED | 5,284.89 | 100.00% | 1,650.20 | 3,634.69 |
| 0013 | JPMORGAN CHASE BANK NA | UNSECURED | 1,025.15 | 100.00% | 316.87 | 708.28 |
| 0015 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 15,379.02 | 100.00% | 4,802.09 | 10,576.93 |
| 0017 | CITIBANK NA | UNSECURED | 263.87 | 100.00% | 81.56 | 182.31 |
| 0018 | MAZDA FINCIAL SERVICES | (NEW) Auto APP C | 1,273.42 | 100.00% | 1,273.42 | 0.00 |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,249.54 | 100.00% | 1,326.91 | 2,922.63 |

**Chapter 13 Case # 24-12196**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0023 | UPLIFT INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | MIDFIRST BANK | (NEW) Prepetition A | 984.61 | 100.00% | 984.61 | 0.00 |
| 0025 | WF / BOBS DISCOUNT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | WELLS FARGO BANK NA | UNSECURED | 2,176.87 | 100.00% | 679.73 | 1,497.14 |
| 0027 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | NISSAN-INFINITI LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 360.21 | 100.00% | 111.34 | 248.87 |
| 0030 | LVNV FUNDING LLC | UNSECURED | 410.52 | 100.00% | 126.89 | 283.63 |
| 0031 | LVNV FUNDING LLC | UNSECURED | 259.92 | 100.00% | 80.34 | 179.58 |
| 0032 | QUANTUM3 GROUP LLC | UNSECURED | 230.98 | 100.00% | 71.39 | 159.59 |
| 0033 | QUANTUM3 GROUP LLC | UNSECURED | 115.39 | 100.00% | 31.14 | 84.25 |
| 0034 | QUANTUM3 GROUP LLC | UNSECURED | 113.45 | 100.00% | 30.61 | 82.84 |
| 0035 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 796.00 | 100.00% | 796.00 | 0.00 |

**Total Paid:  $22,121.25**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $22,150.00   -   Paid to Claims: $18,202.70   -   Admin Costs Paid: $3,918.55   =   Funds on Hand: $28.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.